No. 70. Mrs. Rose Snyder *v.* King County, Washington, et al. Error to the Supreme Court of the State of Washington. Argued for plaintiff in error November 20, 1918. Decided December 9, 1918. *Per Curiam.* Affirmed with costs upon the authority of *Magoun* v. *Illinois Trust & Savings Co.*, 170 U. S. 283, 293; *Atchison, Topeka & Santa Fe Ry. Co.* v. *Matthews*, 174 U. S. 96, 103; *Clark* v. *Kansas City*, 176 U. S. 114, 119; *Lindsley* v. *Natural Carbonic Gas Co.*, 220 U. S. 61, 78. *Mr. G. Wright Arnold.* with whom *Mr. Dallas V. Halverstadt* and *Mr. Ed. J. Brown* were on the brief, for plaintiff in error. *Mr. Frank P. Helsell* and *Mr. Alfred H. Lundin* for defendants in error.

---

No. ——. Original. *Ex parte:* In the Matter of Robert Weiss, Petitioner. Submitted November 25, 1918. Decided December 9, 1918. Motion for leave to file petition for writ of *habeas corpus* denied. *Mr. William Mayo Atkinson* for petitioner. *Mr. Assistant to the Attorney General Todd* in opposition to the motion.

---

No. 347. John E. Reade *v.* United States et al. Appeal from the District Court of the United States for the District of Arizona. Submitted December 11, 1918. Decided December 16, 1918. *Per Curiam.* Affirmed upon the authority of *Ex parte Mirzan*, 119 U. S. 584; *Riggins* v. *United States*, 199 U. S. 547; *In re Lincoln*, 202 U. S. 178. See *Ex parte Glasgow*, 223 U. S. 709. *Mr. O. T. Richey* for appellant. *Mr. Assistant Attorney General Brown* for appellees.